10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
APR 16 2007
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 RICHARD KUSTRZYK

        Defendant.
_____/

CRIMINAL NO. 05-80216

HON. LAWRENCE P. ZATKOFF

## GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S EMERGENCY MOTION SEEKING EXTENDED REPORTING DATE OR HOME CONFINEMENT

The United States of America, by its attorneys, STEPHEN J. MURPHY, United States Attorney for the Eastern District of Michigan, and SAIMA S. MOHSIN, Assistant United States Attorney for the District, respectfully opposes the defendant's request to extend his Reporting Date to the Bureau of Prisons and to Modify Terms of Confinement to Allow Home Confinement, for the following reasons:

    1.      On July 20, 2005, the defendant entered guilty pleas to Mailing of Child Pornography, in violation of 18 U.S.C. §2252A(a)(1), Receipt of Child Pornography, in violation of 18 U.S.C. §2252A(2), Possession of Child

Pornography, in violation of 18 U.S.C. §2252A(a)(5)(B) and on January 4, 2007, the defendant was sentenced to concurrent sentences of 30 months in prison, followed by 3 years of supervised release.

2. During the January 4, 2007 sentencing hearing, the Court permitted voluntary surrender to the Bureau of Prisons, stating: "the Court will order that the defendant report to a designated institution on February 23rd, 2007 at or before noon." (Exhibit 1: 01/04/07 Sentencing Hearing at TR: 23). The defendant was designated at FCI-Elkton.

3. The defendant failed to surrender to FCI-Elkton on that date. In his Emergency Motion, the defendant states that he was taken into surgery on March 15, 2007, and had been hospitalized for more than a week. (Defendant's Motion at p.1). Pretrial Services informed undersigned counsel that the first contact they had with the defendant was on March 9, 2007 and that the defendant was in the hospital on that date. The defendant also offers a letter dated March 1, 2007, from Dr. Joseph F. Burtka, recommending home confinement. The letter briefly references defendant's symptoms and states that the defendant was sick and hospitalized at Troy Beaumont Hospital on that date. There is no information about the defendant's whereabouts between February 23, and March 1, 2007, and between March 1 and March 9, 2007.

4. Moreover, the government opposes the defendant's request for a modification of terms of confinement to allow home confinement. After the defendant failed to surrender at his designated facility, FCI-Elkton, the government learned that On October 23, 2006, Sterling Heights Police were called to the defendant's residence where they recovered an unregistered blue steel snub nose revolver and ammunition. The defendant initially lied to the officers, stating that he heard a popping noise prior to his back door wall shattering. Later, the defendant admitted that he possessed the unregistered firearm, was blowing off steam and fired a round at the door. Officers found and seized the firearm loaded with 4 live rounds. (Attached Exhibit 2, Sterling Heights Police Report). At the time the defendant possessed the firearm, he had been convicted (though not sentenced) of the instant charges and was in violation of his bond conditions which prohibited him from committing a state or local crime. The defendant did not report this incident to pretrial services or to the Court prior to his sentencing on January 4, 2007. Instead, the defendant's attorney, perhaps unwittingly, asked the Court to consider that the defendant "has led a life otherwise without blemish for fifty odd years." (Exhibit 1: 01/04/07 Sentencing Hearing at TR: 7).

5. The defendant pleaded guilty nearly 20 months ago. Since that time, he has repeatedly asked for extensions of time, including to allow him time to vest

his pension and benefits, to allow him time to care for his elderly and frail father, and now, because of his physical health problems. The government contends that the defendant's failure to report to FCI-Elkton was unjustified. Moreover, no extension of reporting date or modification of conditions is warranted.

## CONCLUSION

For these reasons, the government asks the Court deny the defendant's request for an extension of reporting date and for a modification of the defendant's terms of confinement.

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney

*/s/ Saima S. Mohsin*

Saima S. Mohsin
Assistant United States Attorney
United States Attorney's Office
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9163
saima.mohsin@usdoj.gov

Date:  March 20, 2007.

-4-

```
 1    the war.  That's where he met his future wife,
 2    Mr. Kustrzyk's mother.  Mr. Kustrzyk's mother, entire
 3    family except for her were wiped out in those camps and so
 4    Mr. Kustrzyk now is that of a sole person taking care of
 5    his father.
 6             In the past three or four months, you see
 7    Mr. Kustrzyk can barely get around.  He has not been able,
 8    Judge, to talk about this at all.  He goes to therapy.
 9    There was funding for the therapy and when that stopped he
10    went anyway, paid for it himself.  And he has lost
11    40-pounds.  He is 113-pounds, your Honor, at this time.
12    Barely able to do it.
13             I think that there is a deep, deep remorse here
14    and deep psychological scar which he has inflicted upon
15    himself and that is something I think which you can take
16    into account because it's never going to happen again.
17             I think, moreover, your Honor, if you consider
18    that he has led a life otherwise without blemish for fifty
19    odd years, Fifty-four years, worked, raised children, and
20    only at the end he gives way to this.  He is himself not a
21    predator on children.  He has never approached any living
22    child.  It's indirect.  I don't mean to minimize that.  I
23    don't mean to minimize the indirect effect.  But it's
24    important that there is a distinction between direct and
25    indirect effects and that is something that you should
```

United States of America v. Richard Kustrzyk



GOVERNMENT EXHIBIT
1

16:13 FAX 313 226 2621     GCU FIREARMS DIV                      ☒007

1  period of 30 months. That is on Counts One, Two and
2  Three. Those should be -- they shall be served
3  concurrently. That is to be followed by three years of
4  supervised release with the standard conditions as adopted
5  by the Eastern District of Michigan. Special conditions
6  will be that the defendant undergo mental health and/or
7  substance and abuse and/or alcohol testing and treatment
8  and the direction and discretion of the United States
9  Probation Department. I am also adopting all the other
10 special conditions as recommended by the Probation
11 Department. I am imposing a special assessment in the
12 amount of $300. I am waiving all fines and costs of
13 confinement.
14        I am going to issue some time today or tomorrow a
15 written Opinion with respect to specific reasons for
16 failing to abide by the advisory guidelines. That will be
17 issued today or tomorrow.
18        Does the government have any objections to
19 voluntary reporting?
20        **MS. MOHSIN:** Your Honor, we don't have an
21 objection to voluntary reporting. But I have some things
22 to put on the record when the Court is ready.
23        **THE COURT:** There being no objection, the
24 Court will order that the defendant report to a designated
25 institution on February 23rd, 2007 at or before noon. You

City of Sterling Heights Police Department  
40333 Dodge Park Road  
Sterling Heights, Michigan 48313  
586.448.2800

## NARRATIVE REPORT

☒ PRIMARY ☐ SUPP   PAGE 2 OF 2

| DATE | DAY | SHIFT | PLATOON | BADGE 1 | BADGE 2 | YR | INCIDENT NUMBER |
|---|---|---|---|---|---|---|---|
| 11-23-06 | MON | CB | 01 | 0201 | | 06 | 42645 |

RPL TO A "MDOP" AT 40220 DIANE

SUMMARY: RICHARD KVSTRZYK REPORTED HEARING A POPPING NOISE THEN THE BACK DOOR WALL SHATTERED. A BULL WAS FOUND IN THE SAME ROOM AND RICHARD ADMITTED TO FIRING OFF 1 ROUND.

INFORMATION: UPON ARRIVAL I SPOKE WITH RICHARD. RICHARD STATED HE WAS WATCHING TV IN THE FAMILY ROOM WHEN HE HEARD A POPPING NOISE THEN THE BACK DOOR WALL SHATTERED. RICHARD DID NOT SEE ANYONE IN THE BACKYARD BEFORE OR AFTER THE DOOR WALL SHATTERING. RICHARD COULD PROVIDE NO MORE INFORMATION.

THE DOOR WALL WAS COMPLETELY SHATTERED WITH A SMALL HOLE NEAR THE BOTTOM OF THE DOOR. THIS APPEARED TO BE A BULLET HOLE. RICHARD GAVE ME PERMISSION TO SEARCH THE ROOM TO TRY TO FIND WHATEVER MADE THE HOLE. UNDERNEATH THE COUCH RICHARD SAID HE WAS SITTING ON I FOUND A BLUE STEELED SNUB NOSE REVOLVER. I TOOK CUSTODY OF THE GUN AND ASKED RICHARD IF IT WAS HIS. HIS RESPONSE WAS "YES, BUT IT'S NOT REGISTERED." I OPENED THE CYLINDER AND FOUND 4 LIVE ROUNDS AND 1 FIRED ROUND. RICHARD THEN ADMITTED TO FIRING ONE ROUND AT THE DOOR WALL. RICHARD SAID HE DID NOT SHOOT AT ANYONE, HE WAS BLOWING OFF STEAM. IT APPEARS THE BULLET WENT INTO THE GROUND IN THE BACKYARD.

RICHARD IS 10-29 CLEAR, RELEASED PENDING WARRANT. THE GUN IS 10-29 CLEAR NO RECORD ON PTAG # 124227.  
SGT SYPNIEWSKI ON SCENE.

| INVESTIGATING OFFICER(S) | | REVIEWED BY | ASSIGNED TO / BADGE | ATTENTION |
|---|---|---|---|---|
| | 0201 | ALSO | | |

GOVERNMENT EXHIBIT 2

16:14 FAX 313 226 2821     GCU FIREARMS DIV                              @009
            07 15:45 FAX 3132345385          U S PRETRIAL SVCS
From: STERLING HEIGHTS PD RECORDS      5862764069           03/09/2007 13:06 #021 P.004/006

# City of Sterling Heights Police Department
40333 Dodge Park Road
Sterling Heights, Michigan 48313
586.446.2800

## INCIDENT / PROSECUTION REPORT

AREA DISTRICT _____
☒ PRIMARY  ☐ SUPP   PAGE 1 OF 2

| Line | Field | Value |
|---|---|---|
| 01 | DATE / DAY / SHIFT / PLAT / BADGE 1 / BADGE 2 / YEAR / INCIDENT # | 10/23/06 MON 03 6 0201 / 06 / 42685 |
| 02 | RECEIVED / DISPATCHED / ARRIVED / COMPLETED / DATE(S) OCCURRED / TIME(S) OCCURRED | 1952 / 1952 / 2007 / 2145 / 10/23/06 / 1950 |
| 03 | LOCATION / ADDRESS | 40249 DIANE |
| 04 | CITY / STATE / ZIP | STERLING HEIGHTS MI 48313 |
| 05 | ESTAB CODE / ORIGIN | 1000 / PHONE |
| 06 | NATURE OF INCIDENT #1 | RECKLESS DISCHARGE FIREARM |
| 09 | OTHER CHARACTERISTICS | B-20 |
| 14 | SUSPECT NAME | KUSTRZYK, RICHARD, HANUS — W M 01/14/1965 41 |
| 15 | ADDRESS / CITY / STATE / ZIP | 40249 DIANE  STERLING HEIGHTS MI 48313 |
| 16 | HOME PHONE | 586-209-6663 |
| 17 | STATE / DRIVER'S LICENSE # | MI K42316173824106 |
| 21 | DESCRIPTION / PROP TYPE / QUANTITY / YEAR / MAKE | CHARTER ARMS 38SPL / 3 / 01 / CHARTER ARMS |
| 22 | STYLE / COLOR(S) / SERIAL | BLK / 18282 |
| 23 | PROPERTY TAG # | 124227 |
| 24 | COMMENTS | 4 LIVE 1 SPENT ROUNDS #124228 |

INVESTIGATING OFFICER(S): SWENSON S 0201
REVIEWED BY: 0600

16:15 FAX 313 226 2621 GCU FIREARMS DIV ☒010
15:40 FAX 3132540532 ☒004/004
From:STERLING HEIGHTS PD RECORDS 5862764069 03/09/2007 13:07 #021 P.006/006

Sterling Heights Police Department
40333 Dodge Park Road, Sterling Heights, MI 48313
(586)446-2800 MI5076500

**NARRATIVE REPORT**

PD #:
SUPPRESS:
RPTTYPE: SUPPLEMENTAL
PAGE 1 OF 1

| DATE | DAY | SHIFT | PLAT | BADGE 1 | BADGE 2 | INCIDENT STATUS | CRIME CLASS | INCIDENT # |
|---|---|---|---|---|---|---|---|---|
| 01/15/07 | MON | 02 | 01 | 0690 | | ☐ CLR ARREST ☐ UNF ☐ CLR EXCEPT ☐ INACT | | 06-0042685 |

02 OFC.A.FETT#0690  01/15/07 @1010HRS.

04 REGARDING:FELONY WARRANT FOR FRAUD-FALSE STATEMENT

06 ARRESTED:KUSTRZYK,RICHARD FRANCIS W/M 01/22/52
    40220 DIANE STERLING HEIGHTS,MI.48313
07  TX.[586]268-6663

09 CHARGE:FELONY WARRANT FOR FRAUD-FALSE STATEMENT
10     OCA:06-42685   41-A DIST.CT.STERLING HEIGHTS
11     [FALSE REPORT OF A FELONY]
       NO BOND

13 STATION REPORT

15 KUSTRZYK CAME INTO THE STATION TO TURN HIMSELF IN ON OUR DEPARTMENT'S
   OUTSTANDING FELONY WARRANT. THE WARRANT WAS CONFIRMED PER THE OPERATIONS
16 OFFICER,SGT.LABAERE.KUSTRZYK WAS TAKEN INTO CUSTODY AND ESCORTED TO THE
   DETENTION FACILITY WHERE HE WAS PROCESSED.KUSTRZYK WAS LEFT WITH DETENTION
17 PERSONNEL TO AWAIT ARRAIGNMENT.

19 THE WARRANT WAS CANCELLED FROM LEIN BY BADGE#2385.

INVESTIGATING OFFICER(S): A.FETT#0690
REVIEWED BY: 107
ASSIGNED TO / BADGE:
ATTENTION TO: LS



U. S. Department of Justice

United States Attorney
Eastern District of Michigan

*AUSA Saima S. Mohsin*

(313) 226 9163

211 W. Fort Street
Suite 2100
Detroit, Michigan 48226-3211

# FAX COVER SHEET

TO: Chambers of Honorable Lawrence P. Zatkoff

FROM: AUSA SAIMA MOHSIN

FAX #: (810) 98401480

DATE: March 20, 2007

RE: Richard Kustzyrk

Number of Pages (Including Cover): X 10

Please find attached courtesy copy of the Government's Response to the defendant's Emergency Motion for Extension of Report Date and Request for Modification of Confinement to Allow Home Confinement.

The Government's Response to be E-Filed tomorrow am.